**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 21-cv-00424-CMA-KLM

YONG NAN KLIMEK

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**ORDER AFFIRMING MAGISTRATE JUDGE RECOMMENDATION (DOC. # 29)**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge Kristen L. Mix. (Doc. # 289). Judge Mix recommends granting in part and denying in part Defendant's Motion to Dismiss (Doc. # 9). Specifically, Judge Mix recommends that paragraphs 19-25 of the Complaint (Doc. # 4) be stricken, and that the Motion to Dismiss be denied in all other respects. Judge Mix also recommends that Plaintiff be granted leave to amend the Complaint within 14 days of the date of this order. No party has objected to Judge Mix's Recommendation.[1]

"In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It

---

[1] Judge Mix issued her Recommendation on August 10, 2021, and he advised the parties that written objections were due within 14 days. No party filed a written objection.

does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that Judge Mix's Recommendation is sound and that there is no clear error on the face of the record. *See* Fed.R.Civ.P. 72(a). Accordingly, it is hereby ORDERED that Judge Mix's Recommendation (Doc. # 29), is AFFIRMED and ADOPTED as an order of this Court. The Motion to Dismiss (Doc. # 9) is GRANTED IN PART and DENIED IN PART. Paragraphs 19-25 of the Complaint (Doc. # 4) are STRICKEN. The Motion to Dismiss is DENIED in all other respects. Plaintiff shall have 14 days from the date of this order to file an amended complaint.

DATED:  August 25, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2